## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

BRIAN MCKANT,                               :
:
     Petitioner,                           :
:           No. 14-2528
     v.                                    :
:
KENNETH CAMERON, et al.,                    :
:
     Respondents.                          :
:

**FILED**

APR – 6 2015

MICHAEL E. KUNZ, Clerk
By_____ Dep. Clerk

### ORDER

**AND NOW**, this ___6th___ day of _April_, 2015, upon careful and independent consideration of Petitioner Brian McKant's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2254, the Government's Response, and after review of the Report and Recommendation of United States Magistrate Timothy R. Rice and Petitioner's Objections to the Report and Recommendation, it is hereby **ORDERED** that:

1. The Report and Recommendation is **APPROVED** and **ADOPTED**;

2. The petition for Writ of Habeas Corpus is **DENIED** with prejudice; and

3. There is a no probable cause to issue a certificate of appealability.

     **IT IS FURTHER ORDERED** that the Clerk of Court shall mark this case closed for statistical purposes.

BY THE COURT:

_Petrese B Tucker_
**Hon. Petrese B. Tucker, C.J.**